D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

JAMES RIVER INSURANCE COMPANY,

Plaintiff,

v.

LTI CONSTRUCTION CORP., 57-63 GREENE REALTY, LLC, and JEFFREY RUDES LLC, FAHEY INC. DBA FAHEY DESIGN BUILD, and CHONG FU HUANG

Defendants.

-----------------------------------------------------------x

Civil Case No.: 17-cv-4807

***Stipulation and Order of Dismissal***

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between Plaintiff JAMES RIVER INSURANCE COMPANY and Defendants LTI CONSTRUCTION CORP., 57-63 GREENE REALTY, LLC, and JEFFREY RUDES LLC, FAHEY INC. DBA FAHEY DESIGN BUILD, parties to this action, through their respective counsel, that this action shall be dismissed without prejudice as to all Defendants, without interest or costs to any party, including any cross-claims and counterclaims that may have been or were asserted.

**IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counterparts, and that facsimile or electronic copies of signatures shall serve as originals, and that this Stipulation may be filed with the Clerk of Court without further notice to any party.

Dated: New York, New York
August 16, 2019

WADE CLARK MULCAHY LLP

By: DOUGLAS B. GIOMBARRESE
Attorneys for Plaintiff
James River Insurance Company
180 Maiden Lane, Suite 901
New York, New York 10038
(212) 267-1900

LAW OFFICE OF ANDREA G. SAWYERS

By: SCOTT W. DRIVER
Attorneys for Defendants
57-63 GREENE REALTY, LLC and
JEFFREY RUDES LLC
3 Huntington Quadrangle, Suite 102S
Melville, New York 11747
(631) 501-3100
Mailing Address:
P.O. Box 2903
Hartford, Connecticut 06104

THE LAW FIRM OF ADAM C. WEISS, PLLC

By: ADAM C. WEISS
Attorneys for Defendants
LTI CONSTRUCTION CORP. and
FAHEY, INC. DBA FAHEY DESIGN BUILD
3 School Street, Suite 303
Glen Cove, New York 11542
(516) 277-2323

SO ORDERED:

Brooklyn, New York
August 16, 2019

s/Nicholas G. Garaufis USDJ

~~Hon. Magistrate Judge Sanket J. Bulsara~~